William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com
cfenlon@bsfllp.com

*Counsel for Plaintiff*
SCHULTZE AGENCY SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br>Case No. 3:11-cv-03856-SI (N.D. Cal.)<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:11-cv-03856-SI (N.D. Cal.)<br><br>SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC AND TWEETER NEWCO, LLC<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [~~PROPOSED~~] ORDER** |

WHEREAS, plaintiff Schultze Agency Services, LLC ("Schultze Agency Services") on behalf of Tweeter Opco, LLC ("Tweeter Opco") and Tweeter Newco, LLC ("Tweeter Newco") (collectively "Tweeter") filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Inc., Samsung Semiconductor, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants") on July 1, 2011 ("Complaint");

WHEREAS, Tweeter wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS, Tweeter and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Tweeter, on the one hand, and the Stipulating Defendants, on the other hand, as follows:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be ninety (90) days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED: July 22, 2011

/s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com
cfenlon@bsfllp.com

*Counsel for Plaintiff*
*Schultze Agency Services, LLC*

/s/ Christopher A. Nedeau
Christopher A. Nedeau (CA Bar No. 81297)
Carl L. Blumenstein (CA Bar No. 124158)
Katharine Chao (CA Bar No. 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

/s/ Neal A. Potischman

Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111
chris.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
samantha.knox@davispolk.com
micah.block@davispolk.com

Jonathan D. Martin (admitted *pro hac vice*)
Bradley R. Hansen (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 / (212) 701-5800
jonathan.martin@davispolk.com
bradley.hansen@davispolk.com

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

/s/ Stephen P. Freccero

Melvin R. Goldman (CA Bar No. 34097)
Stephen P. Freccero (CA Bar No. 131093)
Derek F. Foran (CA Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
*sfreccero@mofo.com*
*dforan@mofo.com*

*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*

/s/ Ramona M. Emerson
Hugh F. Bangasser (admitted *pro hac vice*)
Ramona M. Emerson (admitted *pro hac vice*)
Christopher M. Wyant (admitted *pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580 (Phone)
(206) 370-6371 (Facsimile)
*romana.emerson@klgates.com*

*Counsel for Defendant HannStar Display Corporation*

/s/ Kent M. Roger
Kent M. Roger (CA Bar No. 95987)
Herman J. Hoying (CA Bar No. 257495)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*hhoying@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

/s/ Michael R. Lazerwitz
Michael R. Lazerwitz, Esq. (admitted *pro hac vice*)
Lee F. Berger, Esq. (CA Bar No. 222756)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Email: mlazerwitz@cgsh.com
lberger@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

/s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

/s/ George D. Niespolo
George D. Niespolo (CA Bar No. 72107)
Stephen H. Sutro (CA Bar No. 172168)
DUANE MORRIS LLP
1 Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
gdniespolo@duanemorris.com
shsutro@duanemorris.com

*Counsel for Defendants NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc.*

/s/ Neil K. Roman
Neil K. Roman
Daniel M. Sulieman
Derek Ludwin
Robert D. Wick
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
212-662-5695
Fax: 212-778-5695
Email: nroman@cov.com
dsuleiman@cov.com
dludwin@cov.com
rwick@cov.com

Simon J. Frankel
Jeffrey Michael Davidson
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
415-591-6000
Fax: 415-591-6091
Email: sfrankel@cov.com
jdavidson@cov.com

*Counsel for Defendants Samsung Semiconductor, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America*, *Inc.*

/s/ Allison A. Davis
Allison A. Davis (CA Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
(415) 276-6500 (Phone)
(415) 276-6599 (Facsimile)
*allisondavis@dwt.com*

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [PROPOSED] ORDER
- 7 -
Case No. 3:11-cv-03856-SI
Master File No. 3:07-md-01827-SI

/s/ Jacob R. Sorensen

John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
Fusae Nara (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*
*jake.sorensen@pillsburylaw.com*
*fusae.nara@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

/s/ Rachel S. Brass

Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendant Tatung Company of America, Inc.*

/s/ John H. Chung

John H. Chung
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: ____8/19/11______, 2011

Susan Illston, United States District Judge